UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRACY IVAN,

       Plaintif,

v.                                            Case No: 2:13-cv-767-FtM-38DNF

DOLGENCORP, LLC,

       Defendant.
_____/

### ORDER[1]

This matter comes before the Court upon consideration of United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #29) filed on May 15, 2014. Judge Frazier recommends granting the parties' Joint Motion for Approval of Amended Settlement Agreement (Doc. #28) filed on May 14, 2014, and dismissing the case with prejudice. On May 20, 2014, the parties filed a Joint Notice of Non-Objection Regarding Report and Recommendation Dated May 15, 2014 (Doc. #30), which informs the Court that neither party objects to Judge Frazier's findings or recommendations. Thus, this matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. See 28 U.S.C. § 636(b)(1); see also Williams v. Wainwright, 681 F.2d 732

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of Judge Frazier's findings and recommendations, the Court accepts the Report and Recommendation.

Accordingly, it is now **ORDERED:**

1. The Report and Recommendation (Doc. #29) is hereby adopted and the findings incorporated herein.

2. The parties' Joint Motion for Approval of Amended Settlement Agreement (Doc. #28) is **GRANTED**, and the parties' Amended Settlement Agreement (Doc. #28-1) is approved as fair and reasonable.

3. The Clerk of Court shall enter judgment dismissing the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of May, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record